**Order entered August 27, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00349-CR

### RONALD GAYLON ROSSER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-81000-2015**

## ORDER

The reporter's record was due July 3, 2019. When it was not filed, we notified court reporter Robyn Rodriguez by postcard dated July 5, 2019 and directed her to file the reporter's record by August 5, 2019. To date, the reporter's record has not been filed and we have had no communication from Ms. Rodriguez.

We **ORDER** the complete reporter's record filed **BY SEPTEMBER 27, 2019**. We caution Ms. Rodriguez that the failure to file the reporter's record by that date will result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Angela Tucker, Presiding Judge, 199th Judicial District Court; Robyn Rodriguez, court reporter; and to counsel for all parties.

/s/     CORY L. CARLYLE
            JUSTICE